**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06cr41-V**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **MANUEL FIGUEROA** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion For Interim CJA Payment on the above-captioned matter.

The Court finds that the Defendant's request for interim payment is appropriate.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for interim payment is hereby **GRANTED**.

Signed: November 29, 2006

Richard L. Voorhees
United States District Judge